AO 120 (Rev 3/04)

|  |  |
|---|---|
| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Eastern District of Texas on the following ☑ Patents or ☐ Trademarks:

2-09CV-175

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
|  |  |  |
| PLAINTIFF | DEFENDANT | |
| Beneficial Innovations, Inc. | Careerbuilder, LLC, CNET Networks, Inc., The Dallas Morning News, Inc., Digg, Inc., Ebaum's World, Inc., Google Inc., Jabez Networks, Inc., Morris Communications Company, LLC, The New York Times Company, Yahoo! Inc., and Youtube, LLC | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,496,943 | Feb. 24, 2009 | Beneficial Innovations, Inc |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY:<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1-Upon initiation of action mail this copy to Director      Copy 3-Upon termination of action mail this copy to Director
Copy 2-Upon filing document adding patent(s), mail this copy to Director      Copy 4-Case file copy