IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 2:09-CV-175 (TJW) |
| | § | |
| CAREERBUILDER, LLC., et al | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Plaintiff Beneficial Innovations, Inc. for the purpose of receiving notices from the Court.

Dated: June 5, 2009

Respectfully submitted,

/s/ *Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687
E-mail: charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 5th day of June, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                       /s/ *Charles Ainsworth*
                                       Charles Ainsworth