IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAREERBUILDER, LLC., a Delaware corporation; CNET NETWORKS, INC., a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; GOOGLE INC., a Delaware corporation; JABEZ NETWORKS, INC., a Tennessee corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; THE NEW YORK TIMES COMPANY, a New York corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 2:09-cv-175 (TJW) <br><br> **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Beneficial Innovations, Inc., for the purpose of receiving notices and orders from the Court.

Dated: June 5, 2009                                              Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    N. Claire Abernathy
    State Bar No. 24053063
    D. Jeffrey Rambin
    State Bar No. 00791478
    Capshaw DeRieux, LLP
    Energy Centre
    1127 Judson Road, Suite 220
    P. O. Box 3999 (75606-3999)
    Longview, Texas 75601-5157
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    Email: ccapshaw@capshawlaw.com
    Email: ederieux@capshawlaw.com
    Email: chenry@capshawlaw.com
    Email: jrambin@capshawlaw.com

    Robert Christopher Bunt
    State Bar No. 00787165
    Email: rcbunt@pbatyler.com
    Robert M Parker
    State Bar No. 15498000
    Email: rmparker@pbatyler.com
    Parker & Bunt, P.C.
    100 East Ferguson, Suite 1114
    Tyler, Texas 75702
    Telephone: (903) 531-3535
    Facsimile: (903) 533-9687

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2009. Any other counsel of record will be served by facsimile transmission and first class mail.

By: /s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux