IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAREERBUILDER, LLC., a Delaware corporation; CNET NETWORKS, INC., a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; GOOGLE INC., a Delaware corporation; JABEZ NETWORKS, INC., a Tennessee corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; THE NEW YORK TIMES COMPANY, a New York corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 2:09-cv-175 (TJW) <br><br> **Jury Trial Demanded** |

## MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff Beneficial Innovations, Inc. respectfully requests that N. Claire Abernathy be permitted to withdraw as counsel of record for Beneficial Innovations, Inc. in this matter. The reason for this request is that Ms. Abernathy is no longer associated with the law firm Capshaw DeRieux, LLP. No other changes are requested at this time regarding the other attorneys acting as Beneficial Innovations, Inc.'s counsel of record.

Dated: July 20, 2009								Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Elizabeth L. DeRieux
    State Bar No. 05770585
    D. Jeffrey Rambin
    State Bar No. 00791478
    Capshaw DeRieux, LLP
    Energy Centre
    1127 Judson Road, Suite 220
    P. O. Box 3999 (75606-3999)
    Longview, Texas 75601-5157
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787
    Email: ccapshaw@capshawlaw.com
    Email: ederieux@capshawlaw.com
    Email: jrambin@capshawlaw.com

    Robert Christopher Bunt
    State Bar No. 00787165
    Email: rcbunt@pbatyler.com
    Charles Ainsworth
    Email: charley@pbatyler.com
    Parker & Bunt, P.C.
    100 East Ferguson, Suite 1114
    Tyler, Texas 75702
    Telephone: (903) 531-3535
    Facsimile: (903) 533-9687

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

**ATTORNEYS FOR PLAINTIFF**

BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF CONFERENCE

I certify that pursuant to Local Rule CV-7(i) we did not confer with the pro se defendants and cannot tell the court if the defendants are opposed or unopposed to the motion.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 20th day of July, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux