IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CAREERBUILDER, LLC., a Delaware corporation; CNET NETWORKS, INC., a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; GOOGLE INC., a Delaware corporation; JABEZ NETWORKS, INC., a Tennessee corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; THE NEW YORK TIMES COMPANY, a New York corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:09-cv-175 (TJW)<br><br>**Jury Trial Demanded** |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration the Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Motion for Withdrawal of Counsel be and hereby is GRANTED, and that N. Claire Abernathy is no longer counsel of record for Beneficial Innovations, Inc.

SIGNED this 22ndday of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE