IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | Case No. 2:09-CV-175 (TJW) |
| | § | |
| CAREERBUILDER, LLC., et al | § | JURY TRIAL DEMANDED |
|     Defendants. | § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration the Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED.

It is therefore, ORDERED that the Motion for Withdrawal of Counsel be and hereby is GRANTED, and that Chris Bunt, Charles Ainsworth and the law firm of Parker, Bunt & Ainsworth, PC are no longer counsel of record for Beneficial Innovations, Inc.

SIGNED this 10th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE