IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | Civil Action No: 2:09-cv-175-TJW |
| COMCAST CORPORATION, et al., | | |
| Defendants. | | |

## DEFENDANTS GOOGLE INC.'S AND YOUTUBE, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendants Google Inc. and YouTube, LLC hereby move the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff Beneficial Innovations, Inc.'s Complaint up to and including November 4, 2009.

2. Good cause exists for the granting of this motion and the motion is made for the reason and on the grounds that the additional time is necessary in order to allow counsel to adequately confer with their client and respond appropriately to Beneficial Innovations, Inc.'s complaint.

3. This extension is not sought for the purposes of delay and specifically should not be the basis to delay any scheduling conference in this cause.

WHEREFORE, Defendants Google Inc. and YouTube, LLC respectfully pray that the time to answer or otherwise move or respond to Beneficial Innovations, Inc.'s Complaint be enlarged until November 4, 2009.

Date: October 2, 2009                    Respectfully submitted,

                                                        */s/* Melissa R. Smith
                                                       Melissa Richards Smith
                                                       LEAD ATTORNEY
                                                       State Bar No. 24001351
                                                       Gillam & Smith, LLP
                                                       303 South Washington Avenue
                                                       Marshall, TX 75670
                                                       Telephone: (903) 934-9257
                                                       E-mail: melissa@gillamsmithlaw.com

## **CERTIFICATE OF CONFERENCE**

       The undersigned hereby certifies that counsel for Defendants, Google Inc. and YouTube, LLC, and counsel for Plaintiff, Beneficial Innovations, Inc. conferred on October 2, 2009, and Plaintiff does not oppose this motion.

                                                                      */s/ Melissa R. Smith*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on October 2, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                      */s/ Melissa R. Smith*