IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No: 2:09-cv-175-TJW |
| | § | |
| COMCAST CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS GOOGLE INC.' S AND YOUTUBE, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S COMPLAINT**

On this date came for consideration Defendants Google Inc.'s and YouTube, LLC's Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff Beneficial Innovations, Inc.'s Complaint, and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendants, Google Inc. and YouTube, LLC, be and hereby are, GRANTED an extension of time within which to respond to Plaintiff, Beneficial Innovations, Inc.'s Complaint up to and including November 4, 2009, in the above cause.

SIGNED this 5th day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE