UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:09-cv-00175-TJW |
| v. | § | |
| | § | |
| COMCAST CORPORATION, THE DALLAS | § | |
| MORNING NEWS, INC., DIGG, INC., DISNEY | § | JURY DEMANDED |
| ONLINE, THE WALT DISNEY COMPANY, | § | |
| EBAUM'S WORLD, INC., FACEBOOK, INC., | § | |
| GOOGLE INC., IAC SEARCH & MEDIA, INC., | § | |
| MORRIS COMMUNICATIONS COMPANY, LLC, | § | |
| NBC UNIVERSAL, INC., THE NEW YORK TIMES | § | |
| COMPANY, YOUTUBE, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S AGREED MOTION
FOR EXTENSION OF TIME FOR DEFENDANT
THE WALT DISNEY COMPANY TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO AMENDED COMPLAINT**

Plaintiff Beneficial Innovations, Inc. ("Beneficial Innovations") moves the Court to

extend the time for Defendant The Walt Disney Company ("TWDC") to answer, move, or

otherwise respond to Beneficial Innovations' Amended Complaint for Patent Infringement.

This suit was filed on June 1, 2009. The Amended Complaint adding TWDC was filed

on September 4, 2009. Counsel for TWDC have not yet appeared in this suit, but have requested

an extension of time to respond to the Amended Complaint until November 5, 2009. There have

been no prior extensions of time granted to TWDC to respond to the complaint in this suit.

Accordingly, on behalf of TWDC and itself, Beneficial Innovations requests that the

Court extend the time for TWDC to respond to the First Amended Complaint to November 5,

2009. A proposed order granting the requested extension is attached for the Court's

convenience.

Dated:  October 5, 2009                                  Respectfully submitted,


                                              By:      /s/ Julien A. Adams

                                                       S. Calvin Capshaw
                                                       State Bar No. 03783900
                                                       Elizabeth L. DeRieux
                                                       State Bar No. 05770585
                                                       Capshaw DeRieux, LLP
                                                       Energy Centre
                                                       1127 Judson Road, Suite 220
                                                       P. O. Box 3999 (75606-3999)
                                                       Longview, Texas 75601-5157
                                                       Email:  ccapshaw@capshawlaw.com
                                                       Email:  ederieux@capshawlaw.com

                                                       Robert Christopher Bunt
                                                       State Bar No. 00787165
                                                       Email: cbunt@cox-internet.com
                                                       Robert M Parker
                                                       State Bar No. 15498000
                                                       Email: rmparker@cox-internet.com
                                                       Parker & Bunt, P.C.
                                                       100 East Ferguson, Ste. 1114
                                                       Tyler, TX 75702
                                                       Telephone:  903/531-3535
                                                       Facsimile: 903/533-9687

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
Email:  greg@dovellaw.com
Email:  julien@dovellaw.com

                                 ATTORNEYS FOR PLAINTIFF,
                                 BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 5th day of October 5, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Julien A. Adams
Julien A. Adams