IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California Corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:09-cv-175 (TJW)<br><br>**Jury Trial Demanded** |

## ORDER

Came on for consideration the Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint filed by Plaintiff Beneficial Innovations, Inc., and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint is GRANTED and the deadline for Defendant Comcast Corporation to answer or otherwise respond to the Amended Complaint is extended up to and including November 4, 2009.