# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC. | Civil Action No. 2:09cv175 (TJW) |
| Plaintiff, | JURY REQUESTED |
| v. | |
| COMCAST CORPORATION, ET AL. | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, **V. Bryan Medlock, Jr.**, enters his appearance in this matter as counsel for Defendant **The Dallas Morning News, Inc.** and consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court pursuant to Local Rule CV-5(a)(3).


Dated: October 5, 2009

Respectfully submitted,

By:    */s/ V. Bryan Medlock, Jr.*
V. Bryan Medlock, Jr.
Texas State Bar No. 13897000
bmedlock@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
Tel:    214-981-3300
Fax:    214-981 3400

***ATTORNEYS FOR DEFENDANT***
***THE DALLAS MORNING NEWS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on October 5, 2009.

*/s/ **V. Bryan Medlock, Jr.***
V. Bryan Medlock, Jr.