| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., § | | |
| Plaintiff, § | | |
| § | Civil Action No. 2:09-CV-00175-TJW | |
| v. § | | |
| § | Judge T. John Ward | |
| COMCAST CORPORATION, ET AL., § | | |
| Defendant. § | Jury Trial Demanded | |
| § | | |
| § | | |

**THE DALLAS MORNING NEWS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant The Dallas Morning News, Inc. ("TDMN") files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and discloses that one hundred percent of the stock of The Dallas Morning News, Inc. is owned by A.H. Belo Corporation, a Delaware corporation.

Dated: October 5, 2009

*/s/ Steve Malin*

**V. BRYAN MEDLOCK, JR.**
Lead Attorney
Texas State Bar No. 13897000
Email: bmedlock@sidley.com
**STEVE MALIN**
Texas State Bar No. 12859750
Email: smalin@sidley.com
**DAVID A. FOLEY**
Texas State Bar No. 24059763
Email: dfoley@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

**ATTORNEYS FOR DEFENDANT**
**THE DALLAS MORNING NEWS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_/s/ Steve Malin_____