IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC.<br>　　Plaintiffs<br><br>vs.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation;, THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br>　　Defendants | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:09-CV-175-TJW<br><br>JURY TRIAL DEMANDED |

_____

**MORRIS COMMUNICATIONS COMPANY, LLC'S
CORPORATE DISCLOSURE STATEMENT**
_____

Defendant Morris Communications Company, L.L.C. files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and discloses that Morris Communications Company, L.L.C. is a privately-held company. Morris Communications Company, LLC, a Georgia Limited Liability Company, is wholly owned by Morris Communications Holding Company, LLC, a Georgia Limited Liability Company, which is wholly owned by Pesto, Inc., a Georgia

corporation, which is wholly owned by Questo Inc., a Georgia corporation.  All of these entities are privately owned and no public company owns any stock or membership interest in them.

DATED:  October 5, 2009

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 03316930
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
johnbufe@potterminton.com

Gregory L. Maag
Lead Attorney
State Bar No. 12748500
gmaag@conleyrose.com
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

ATTORNEY FOR DEFENDANT AND
COUNTERCLAIMANT MORRIS
COMMUNICATIONS COMPANY, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 5th day of October, 2009 on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones