

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?　　　　　Yes

No

If no, please indicate which application this represents:　　Second

Third

Other _____

Date of Service of Summons:

Number of days requested:　　　30 days

15 days

Other _____ days

New Deadline Date:　　　　　*(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:

State Bar No.:

Firm Name:

Address:

Phone:

Fax:

Email:

---

A certificate of conference does not need to be filed with this unopposed application.