

## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:  2:09-cv-175

Name of party requesting extension:    NBC Universal, Inc.

Is this the first application for extension of time in this case?    [X] Yes

                                                                   [ ] No

If no, please indicate which application this represents:    [ ] Second

                                                                           [ ] Third

                                                                     [ ] Other _____

Date of Service of Summons:  09/16/09

Number of days requested:    [ ] 30 days

                                              [ ] 15 days

                                              [X] Other _31_ days

New Deadline Date:  11/06/09    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:  Elizabeth L. DeRieux

State Bar No.:  05770585

Firm Name:  Capshaw DeRieux LLP

Address:  1127 Judson Road, Ste 220

                       P.O. Box 3999

                       Longview, TX 75601

Phone:  (903) 236-9800

Fax:  (903) 236-8787

Email:  ederieux@capshawlaw.com

A certificate of conference does not need to be filed with this unopposed application.