# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § § § § § § | |
| Plaintiff, | | |
| vs. | | |
| CAREERBUILDER, LLC, a Delaware corporation; CNET NETWORKS, INC., a Delaware corporation, THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; GOOGLE INC., a Delaware corporation; JABEZ NETWORKS, INC., a Tennessee corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; THE NEW YORK TIMES COMPANY, a New York corporation; YAHOO! INC., a Delaware corporation; and YOUTUBE, LLC, a Delaware limited liability company, | § § § § § § § § § § § § § § § § § § | CASE NO. 2-09-CV-175<br><br>JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Please take notice that the following attorney is entering an appearance for Defendant

The New York Times in the above-numbered and entitled cause:

 Ada E. Brown
 Texas State Bar No. 24025267
 aebrown@mckoolsmith.com
 300 Crescent Court, Suite 1500
 Dallas, Texas 75201
 Telephone: (214) 978-4000
 Telecopier: (214) 978-4044

Dockets.Justia.com

Ms. Brown is currently admitted to practice in the Eastern District of Texas District of Texas.  Sam Baxter of McKool Smith, P.C. will be lead counsel and Attorney-in-Charge.

DATED:  October 20, 2009.

By: /s/ Ada Brown
Sam Baxter, *Lead Attorney*
TX State Bar No. 01938000
P.O. Box 0
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Fax: (903) 923-90099
sbaxter@mckoolsmith.com

Ada E. Brown
**MCKOOL SMITH, P.C.**
300 Crescent Court
Suite 1500
Dallas, Texas  75201
aebrown@mckoolsmith.com
Telephone:  (214) 978-4088
Fax:  (214) 978-4044

Mr. Brian S. Rosenbloom
**ROTHWELL, FIGG, ERNST & MANBECK**
1425 K Street, N.W., Suite 800
Washington, D.C.  20005
Telephone:  (202) 783-6040
Fax:  (202-783-6031

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record via ECF on this the 20th day of October, 2009.

/s/ Ada Brown