UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | 2:09-cv-00175-TJW | |
| v. § | | |
| § | | |
| COMCAST CORPORATION, THE DALLAS § | | |
| MORNING NEWS, INC., DIGG, INC., DISNEY § | JURY DEMANDED | |
| ONLINE, THE WALT DISNEY COMPANY, § | | |
| EBAUM'S WORLD, INC., FACEBOOK, INC., § | | |
| GOOGLE INC., IAC SEARCH & MEDIA, INC., § | | |
| MORRIS COMMUNICATIONS COMPANY, LLC, § | | |
| NBC UNIVERSAL, INC., THE NEW YORK TIMES § | | |
| COMPANY, YOUTUBE, LLC, § | | |
| § | | |
| Defendants. § | | |
| § | | |

## PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT NBC UNIVERSAL, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Plaintiff Beneficial Innovations, Inc. ("Beneficial Innovations") moves the Court to extend the time for Defendant NBC Universal, Inc. ("NBC") to answer, move, or otherwise respond to Beneficial Innovations' Amended Complaint for Patent Infringement.

This suit was filed on June 1, 2009. The Amended Complaint adding NBC was filed on September 4, 2009. Counsel for NBC have not yet appeared in this suit, but have requested an extension of time to respond to the Amended Complaint until December 4, 2009 without waiving NBC's defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law.

Accordingly, on behalf of NBC and itself, Beneficial Innovations requests that the Court extend the time for NBC to respond to the First Amended Complaint to December 4, 2009 without waiving NBC's defenses or any matters that might be presented pursuant to FEDERAL

RULE OF CIVIL PROCEDURE 12(b) or any other rule or law. A proposed order granting the requested extension is attached for the Court's convenience.

Dated: October 28, 2009

Respectfully submitted,

By: /s/ Julien A. Adams

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
Energy Centre
1127 Judson Road, Suite 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Robert Christopher Bunt
State Bar No. 00787165
Email: cbunt@cox-internet.com
Robert M Parker
State Bar No. 15498000
Email: rmparker@cox-internet.com
Parker & Bunt, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: julien@dovellaw.com

ATTORNEYS FOR PLAINTIFF,<br>BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of October, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

    /s/ Julien A. Adams
Julien A. Adams