UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:09-cv-00175-TJW |
| v. | § | |
| | § | |
| COMCAST CORPORATION, THE DALLAS | § | |
| MORNING NEWS, INC., DIGG, INC., DISNEY | § | JURY DEMANDED |
| ONLINE, THE WALT DISNEY COMPANY, | § | |
| EBAUM'S WORLD, INC., FACEBOOK, INC., | § | |
| GOOGLE INC., IAC SEARCH & MEDIA, INC., | § | |
| MORRIS COMMUNICATIONS COMPANY, LLC, | § | |
| NBC UNIVERSAL, INC., THE NEW YORK TIMES | § | |
| COMPANY, YOUTUBE, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S SECOND AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DISNEY ONLINE AND THE WALT DISNEY COMPANY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Plaintiff Beneficial Innovations, Inc. ("Beneficial Innovations") moves the Court to extend the time for Defendants Disney Online and The Walt Disney Company ("the Disney entities") to answer, move, or otherwise respond to Beneficial Innovations' Amended Complaint for Patent Infringement.

This suit was filed on June 1, 2009. The Amended Complaint adding the Disney entities was filed on September 4, 2009. On October 6, 2009, the Court granted a Motion for Extension of Time to Answer that extended the answering deadline to November 5, 2009. Counsel for the Disney entities have requested another extension of time to respond to the Amended Complaint until December 4, 2009, without waiving the Disney entities' defenses or any matters that might be presented pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or any other rule or law.

Accordingly, on behalf of the Disney entities and itself, Beneficial Innovations requests that the Court extend the time for the Disney entities to respond to the First Amended Complaint to December 4, 2009, without waiving the Disney entities' defenses or any matters that might be presented pursuant to Rule 12(b), Fed. R. Civ. Proc. or any other rule or law. A proposed order granting the requested extension is attached for the Court's convenience.

Dated: October 28, 2009                                   Respectfully submitted,


                                               By:    /s/ Julien A. Adams

                                                      S. Calvin Capshaw
                                                      State Bar No. 03783900
                                                      Elizabeth L. DeRieux
                                                      State Bar No. 05770585
                                                      Capshaw DeRieux, LLP
                                                      Energy Centre
                                                      1127 Judson Road, Suite 220
                                                      P. O. Box 3999 (75606-3999)
                                                      Longview, Texas 75601-5157
                                                      Email: ccapshaw@capshawlaw.com
                                                      Email: ederieux@capshawlaw.com

                                                      Robert Christopher Bunt
                                                      State Bar No. 00787165
                                                      Email: cbunt@cox-internet.com
                                                      Robert M Parker
                                                      State Bar No. 15498000
                                                      Email: rmparker@cox-internet.com
                                                      Parker & Bunt, P.C.
                                                      100 East Ferguson, Ste. 1114
                                                      Tyler, TX 75702
                                                      Telephone: 903/531-3535
                                                      Facsimile: 903/533-9687

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP

201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: julien@dovellaw.com

ATTORNEYS FOR PLAINTIFF,
BENEFICIAL INNOVATIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of October, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

                                                /s/ Julien A. Adams
                                                Julien A. Adams