UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:09-cv-00175-TJW |
| v. | § | |
| | § | |
| COMCAST CORPORATION, THE DALLAS MORNING NEWS, INC., DIGG, INC., DISNEY ONLINE, THE WALT DISNEY COMPANY, EBAUM'S WORLD, INC., FACEBOOK, INC., GOOGLE INC., IAC SEARCH & MEDIA, INC., MORRIS COMMUNICATIONS COMPANY, LLC, NBC UNIVERSAL, INC., THE NEW YORK TIMES COMPANY, YOUTUBE, LLC, | § § § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S
SECOND AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT
THE WALT DISNEY COMPANY TO ANSWER, MOVE, OR
<u>OTHERWISE RESPOND TO AMENDED COMPLAINT</u>**

Plaintiff Beneficial Innovations, Inc. filed a second agreed motion, on behalf of itself and Defendant The Walt Disney Company ("TWDC"), requesting, without waiving any of TWDC's defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, to extend TWDC's time to answer, move or otherwise respond to Plaintiff's Amended Complaint for Patent Infringement up to and including December 4, 2009. Such motion is GRANTED.

It is therefore ORDERED that Defendant The Walt Disney Company has up to and including December 4, 2009, to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

00811.GL590/3132756.1