UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:09-cv-00175-TJW |
| v. | § | |
| | § | |
| COMCAST CORPORATION, THE DALLAS MORNING NEWS, INC., DIGG, INC., DISNEY ONLINE, THE WALT DISNEY COMPANY, EBAUM'S WORLD, INC., FACEBOOK, INC., GOOGLE INC., IAC SEARCH & MEDIA, INC., MORRIS COMMUNICATIONS COMPANY, LLC, NBC UNIVERSAL, INC., THE NEW YORK TIMES COMPANY, YOUTUBE, LLC, | § § § § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFF BENEFICIAL INNOVATIONS, INC.'S AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT NBC UNIVERSAL, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Plaintiff Beneficial Innovations, Inc. filed an agreed motion, on behalf of itself and Defendant NBC Universal, Inc. ("NBC"), requesting, without waiving any of NBC's defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, to extend NBC's time to answer, move or otherwise respond to Plaintiff's Amended Complaint for Patent Infringement up to and including December 4, 2009. Such motion is GRANTED.

It is therefore ORDERED that Defendant NBC Universal, Inc. has up to and including December 4, 2009, to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

SIGNED this 3rd day of November, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE