IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California Corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:09-cv-175 (TJW)<br><br>**Jury Trial Demanded** |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

Plaintiff Beneficial Innovations, Inc. files this Agreed Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint and would respectfully show the Court as follows:

Pursuant to the Court's October 6, 2009 Order (Dkt. 41), the current deadline for Comcast Corporation ("Comcast") to answer or otherwise respond to the Amended Complaint is November 4, 2009. Comcast has requested, and Plaintiff has agreed to, an additional thirty (30) day extension of Comcast's time to answer or otherwise respond to the Amended Complaint up to and including December 4, 2009. A proposed Order granting this agreed motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Beneficial Innovations, Inc. respectfully moves the Court to extend the deadline as set forth above and award such other and further relief as it may show itself justly entitled.

Dated: November 3, 2009                               Respectfully submitted,


                                                      By: /s/ D. Jeffrey Rambin
                                                          S. Calvin Capshaw
                                                          State Bar No. 03783900
                                                          Elizabeth L. DeRieux
                                                          State Bar No. 05770585
                                                          D. Jeffrey Rambin
                                                          State Bar No. 00791478
                                                          Capshaw DeRieux, LLP
                                                          Energy Centre
                                                          1127 Judson Road, Suite 220
                                                          P. O. Box 3999 (75606-3999)
                                                          Longview, Texas 75601-5157
                                                          Telephone: (903) 236-9800
                                                          Facsimile: (903) 236-8787
                                                          Email: ccapshaw@capshawlaw.com
                                                          Email: ederieux@capshawlaw.com
                                                          Email: jrambin@capshawlaw.com

                                                          Robert Christopher Bunt
                                                          State Bar No. 00787165

Email: rcbunt@pbatyler.com
Charles Ainsworth
Email: charley@pbatyler.com
Parker & Bunt, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 657-7069

**ATTORNEYS FOR PLAINTIFF BENEFICIAL INNOVATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of November, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin
D. Jeffrey Rambin