IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation, GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation, MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 2:09-cv-175-TJW<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT DIGG INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO BENEFICIAL INNOVATIONS, INC.'S <u>AMENDED COMPLAINT FOR PATENT INFRINGEMENT</u>

Defendant Digg Inc., without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, filed its second unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff Beneficial Innovations, Inc.'s Amended Complaint for Patent Infringement until and through November 18, 2009. Such motion is GRANTED.

LIBA/2042135.1

It is therefore ORDERED that Defendant Digg Inc. has until and through November 18, 2009 to answer, move or otherwise respond to Plaintiff Beneficial Innovation's Amended Complaint for Patent Infringement.