UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAREERBUILDER, LLC, a Delaware corporation; CNET NETWORKS, INC., a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; EBAUM's WORLD, INC., a New York corporation; GOOGLE INC., a Delaware corporation; JABEZ NETWORKS, INC., a Tennessee corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; THE NEW YORK TIMES COMPANY, a New York corporation; YAHOO! INC., a Delaware corporation; YOUTUBE, LLC, a Delaware limited liability company; COMCAST CORPORATION; DISNEY ONLINE; FACEBOOK, INC.; IAC SEARCH & MEDIA, INC.; NBC UNIVERSAL, INC.; THE WALT DISNEY COMPANY, <br><br> Defendants. | Case No.: 2:09-CV-175-TJW <br><br> **Jury Trial Demanded** |

## DEFENDANT YOUTUBE, LLC'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant YouTube, LLC ("YouTube") hereby states:

    1.    YouTube is a wholly-owned subsidiary of Google.

Dated: November 4, 2009

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa Richards Smith
Email: melissa@gillamsmithlaw.com
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendant*
YouTube, LLC

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 4th day of November, 2009.

                */s/ Melissa R. Smith*
                Melissa R. Smith