IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation ; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 2:09-CV-175-TJW <br><br> JURY TRIAL DEMANDED |

**FACEBOOK INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO BENEFICIAL INNOVATIONS, INC.'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant FACEBOOK, INC. ("Facebook"), without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, files this second unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff Beneficial Innovation, Inc.'s ("Beneficial") Amended Complaint for Patent Infringement and would respectfully show the Court as follows:

Facebook has requested and Beneficial has agreed to an extension of Facebook's time to respond in any manner whatsoever including answer, motion or other pleading of any type to Beneficial's Amended Complaint for Patent Infringement. Specifically, Facebook requests, and Beneficial does not oppose, an additional extension of time up to and including December 4, 2009.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Date: November 5, 2009                                    Respectfully submitted,


By:  /s/ *Erica C. Tierney*


    Erica C. Tierney (CA #253557)
    Melissa Keyes  (CA # 258605)
    COOLEY GODWARD KRONISH LLP
    Five Palo Alto Square
    3000 El Camino Real
    Palo Alto, CA 94306-2155
    Phone:  (650) 843-5000
    Fax:     (650) 857-0663
    etierney@cooley.com
    mkeyes@cooley.com

    Attorneys for Defendant Facebook, Inc.

## CERTIFICATE OF CONFERENCE

I certify that the parties have compiled with the meet and confer requirement in Local Rule CV-7(h) and this motion is unopposed.

/s/ Erica C. Tierney_____

Erica C. Tierney

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 5th day of November, 2009. Any other counsel of record will be served by first class mail

/s/ *Erica C. Tierney*_____
Erica C. Tierney

804864 v1/PA