UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:09-cv-00175-TJW |
| v. | § | |
| | § | |
| COMCAST CORPORATION, THE DALLAS | § | |
| MORNING NEWS, INC., DIGG, INC., DISNEY | § | JURY DEMANDED |
| ONLINE, THE WALT DISNEY COMPANY, | § | |
| EBAUM'S WORLD, INC., FACEBOOK, INC., | § | |
| GOOGLE INC., IAC SEARCH & MEDIA, INC., | § | |
| MORRIS COMMUNICATIONS COMPANY, LLC, | § | |
| NBC UNIVERSAL, INC., THE NEW YORK TIMES | § | |
| COMPANY, YOUTUBE, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### DEFENDANT IAC SEARCH & MEDIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR IAC SEARCH & MEDIA, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Defendant IAC Search & Media, Inc. ("IACSAM") moves the Court to extend the time for IACSAM to answer, move, or otherwise respond to Beneficial Innovations Inc. ("Beneficial Innovations")'s Amended Complaint for Patent Infringement.

This suit was filed on June 1, 2009. The Amended Complaint adding IACSAM was filed on September 4, 2009. On October 13, 2009, the Court granted an Application for Extension of Time to Answer Complaint that extended the answering deadline to November 12, 2009. Counsel for IACSAM requested another extension of time to respond to the Amended Complaint until December 4, 2009, without waiving the IACSAM's defenses or any matters that might be presented pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or any other rule or law. Plaintiff, Beneficial Innovations, agreed to IACSAM's request.

Accordingly, IACSAM requests that the Court extend the time for the IACSAM to respond to the First Amended Complaint to December 4, 2009, without waiving the IACSAM's defenses or any matters that might be presented pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or any other rule or law. A proposed order granting the requested extension is attached for the Court's convenience.

Dated: November 11, 2009

Respectfully submitted,

 */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
Potter Minton, PC
110 North College
Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT
IAC SEARCH & MEDIA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of November, 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

 */s/ Michael E. Jones*
Michael E. Jones