UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., § | |
| § | |
| Plaintiff, § | |
| § | 2:09-cv-00175-TJW |
| v. § | |
| § | |
| COMCAST CORPORATION, THE DALLAS § | |
| MORNING NEWS, INC., DIGG, INC., DISNEY § | JURY DEMANDED |
| ONLINE, THE WALT DISNEY COMPANY, § | |
| EBAUM'S WORLD, INC., FACEBOOK, INC., § | |
| GOOGLE INC., IAC SEARCH & MEDIA, INC., § | |
| MORRIS COMMUNICATIONS COMPANY, LLC, § | |
| NBC UNIVERSAL, INC., THE NEW YORK TIMES § | |
| COMPANY, YOUTUBE, LLC, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER GRANTING DEFENDANT IAC SEARCH & MEDIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR IAC SEARCH & MEDIA, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Defendant, IAC Search & Media, Inc. ("IACSAM") filed an unopposed motion requesting, without waiving any of IACSAM's defenses or any matters that might be presented pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or any other rule or law, to extend IACSAM's time to answer, move or otherwise respond to Plaintiff's Amended Complaint for Patent Infringement up to and including December 4, 2009. Such motion is GRANTED.

It is therefore ORDERED that Defendant IAC Search & Media, Inc. has up to and including December 4, 2009, to answer, move, or otherwise respond to Plaintiff's Amended Complaint.