# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. | § | |
|  Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| COMCAST CORPORATION, a Delaware | § | |
| corporation; THE DALLAS MORNING | § | CIVIL ACTION NO. 2:09-CV-175 |
| NEWS, INC., a Delaware corporation; | § | |
| DIGG, INC., a Delaware corporation; | § | |
| DISNEY ONLINE, a California corporation; | § | JURY TRIAL DEMANDED |
| THE WALT DISNEY | § | |
| COMPANY; a Delaware corporation; | § | |
| EBAUM'S WORLD, INC., a New York | § | |
| corporation; FACEBOOK, INC., a Delaware | § | |
| corporation; GOOGLE INC., a Delaware | § | |
| corporation; IAC SEARCH & MEDIA, | § | |
| INC., a Delaware corporation; MORRIS | § | |
| COMMUNICATIONS COMPANY, LLC, a | § | |
| Georgia limited liability company; NBC | § | |
| UNIVERSAL, INC., a Delaware | § | |
| corporation;, THE NEW YORK TIMES | § | |
| COMPANY, a New York corporation; and | § | |
| YOUTUBE, LLC, a | § | |
| Delaware limited liability company, | § | |
|  Defendants | § | |
| | § | |
| | § | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Gregory L. Maag enters his appearance in this matter as counsel for Defendant Morris Communications Company, L.L.C. for the purpose of receiving notices from the Court.

320628.1/2721.00300

DATED: November 16, 2009                    Respectfully submitted,

                                              */s/ Gregory L. Maag*
                                              Gregory L. Maag
                                              Lead Attorney
                                              State Bar No. 12748500
                                              gmaag@conleyrose.com
                                              Michael J. Guthrie
                                              State Bar No. 24058267
                                              mguthrie@conleyrose.com
                                              CONLEY ROSE, P.C.
                                              600 Travis Street, Suite 7100
                                              Houston, Texas 77002
                                              Telephone: (713) 238-8000
                                              Facsimile: (713) 238-8008

                                              Michael E. Jones
                                              State Bar No. 10929400
                                              mikejones@potterminton.com
                                              John F. Bufe
                                              State Bar No. 03316930
                                              johnbufe@potterminton.com
                                              POTTER MINTON
                                              A Professional Corporation
                                              110 N. College, Suite 500 (75702)
                                              P.O. Box 359
                                              Tyler, Texas 75710
                                              Telephone: (903) 597-8311
                                              Facsimile: (903) 593-0846

                                              ATTORNEY FOR DEFENDANT AND
                                              COUNTERCLAIMANT MORRIS
                                              COMMUNICATIONS COMPANY, LLC

320628.1/2721.00300

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 16th day of November, 2009 on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Gregory L. Maag*
Gregory L. Maag