# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC. <br>    Plaintiffs | § <br> § <br> § | |
| vs. | § <br> § <br> § | |
| COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation;, THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br>    Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:09-CV-175 <br><br> JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

   Notice is hereby given that attorney Michael J. Guthrie enters his appearance in this matter as counsel for Defendant Morris Communications Company, L.L.C. for the purpose of receiving notices from the Court.

320638.1/2721.00300

DATED: November 16, 2009          Respectfully submitted,

*/s/ Michael J. Guthrie*
Gregory L. Maag
Lead Attorney
State Bar No. 12748500
gmaag@conleyrose.com
Michael J. Guthrie
State Bar No. 24058267
mguthrie@conleyrose.com
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)

ATTORNEY FOR DEFENDANT AND
COUNTERCLAIMANT MORRIS
COMMUNICATIONS COMPANY, LLC

2

320638.1/2721.00300

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 16th day of November, 2009 on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Michael J. Guthrie*
Michael J. Guthrie

320638.1/2721.00300