IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., | |
| Plaintiff, | Case No. 2:09-CV-175-TJW |
| v. | JURY TRIAL DEMANDED |
| COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation ; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Facebook, Inc. hereby notifies the Court that HEIDI KEEFE of the firm Cooley Godward Kronish LLP, 5 Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306, Telephone (650) 843-5000, Fax No. (650) 857-0663, Email: *hkeefe@cooley.com* has entered this action as additional counsel to be noticed on its behalf. In connection with this notice, Ms. Keefe requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on her at the above address and contact information.

Dated: November 23, 2009                    Respectfully submitted,


                                            By: /s/ Heidi Keefe
                                                Heidi Keefe
                                                CA State Bar No. 178960
                                                **COOLEY GODWARD KRONISH LLP**
                                                Five Palo Alto Square
                                                3000 El Camino Real
                                                Palo Alto, CA  94306-2155
                                                Telephone:    (650) 843-5000
                                                 Facsimile:    (650) 857-0663

                                            Deron Dacus
                                            Texas Bar No. 007950553
                                            derond@rameyflock.com
                                            RAMEY & FLOCK
                                            100 East Ferguson, Suite 500
                                            Tyler, TX  75702
                                            Telephone:    (903) 597-3301
                                            Facsimile:    (903) 597-2413

                                            Attorneys for Defendant
                                            FACEBOOK, INC.


## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, all counsel of record that have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

                                                    */s/ Heidi Keefe*
                                                    Heidi Keefe

805734 v1/PA