IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation ; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No. 2:09-CV-175-TJW<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Facebook, Inc. hereby notifies the Court that JEFFREY NORBERG of the firm Cooley Godward Kronish LLP, 5 Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306, Telephone (650) 843-5000, Fax No. (650) 857-0663, Email: *jnorberg@cooley.com* has entered this action as additional counsel to be noticed on its behalf. In connection with this notice, Mr. Norberg requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Dated: November 23, 2009　　　　　　　　　　Respectfully submitted,

By: /s/ Jeffrey Norberg
　　　Jeffrey Norberg
　　　CA State Bar No. 215087
　　　**COOLEY GODWARD KRONISH LLP**
　　　Five Palo Alto Square
　　　3000 El Camino Real
　　　Palo Alto, CA  94306-2155
　　　Telephone:　　(650) 843-5000
　　　Facsimile:　　(650) 857-0663

Deron Dacus
Texas Bar No. 007950553
derond@rameyflock.com
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:　　(903) 597-3301
Facsimile:　　(903) 597-2413

Attorneys for Defendant
FACEBOOK, INC.

## CERTIFICATE OF SERVICE

　　I hereby certify that on November 23, 2009, all counsel of record that have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing system.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Norberg
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Norberg