## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation ; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 2:09-CV-175-TJW <br><br> **Jury Trial Demanded** |

### FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Facebook, Inc. ("Facebook ") states the following:

1. Facebook is a private corporation; and

2. Facebook has no parent corporation and no public corporation owns 10 percent or more of Facebook's stock.

Date: December 4, 2009                                  Respectfully submitted,


                                                        By:   /s/  Deron R. Dacus
                                                              Deron R. Dacus
                                                              State Bar No. 00790553
                                                              RAMEY & FLOCK, P.C.
                                                              100 E. Ferguson, Suite 500
                                                              Tyler, Texas 75702
                                                              Phone: (903) 597-3301
                                                              Fax: (903) 597-2413
                                                              derond@rameyflock.com

Of Counsel:

Heidi L. Keefe (CA State Bar 178960)
Mark R. Weinstein (CA State Bar 193043)
Jeffrey T. Norberg (CA State Bar 215087)
Erica C. Tierney (CA State Bar 253557)
Melissa H. Keyes (CA State Bar 258605)
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:    (650) 857-0663
hkeefe@cooley.com
mweinstein@cooley.com
jnorberg@cooley.com
etierney@cooley.com
mkeyes@cooley.com


                                                        *Attorneys for Defendant and Counterclaimant
                                                        Facebook, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U. S. First Class Mail this 4th day of December, 2009.

                                      /s/ Deron R. Dacus
                                      Deron R. Dacus