IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation ; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 2:09-CV-175-TJW<br><br>**Jury Trial Demanded** |

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants and Counterclaimants Comcast Interactive Media, LLC and Comcast Corporation disclose as follows:

1.    Comcast Corporation is a publicly traded Pennsylvania corporation that has no parent corporation. No publicly held corporation owns 10% or more of Comcast Corporation's stock.

1

2. Comcast Interactive Media, LLC is a Delaware limited liability company that is wholly owned by Comcast Corporation.

December 4, 2009.                                   Respectfully submitted,

By: */s/ Deron R. Dacus*

Deron R. Dacus
State Bar No. 00790553
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, Texas  75702
(903) 597-3301
(903) 597-2413 (fax)
Email: derond@rameyflock.com

David J. Silbert
California State Bar #173128
(*pro hac vice* application to be filed)
dsilbert@kvn.com
Daniel K. Nazer
California State Bar #257380
(*pro hac vice* application to be filed)
dnazer@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400
(415) 397-7188 (Facsimile)

ATTORNEYS FOR DEFENDANTS
AND COUNTERCLAIMANTS
COMCAST INTERACTIVE
MEDIA, LLC and COMCAST
CORPORATION

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 4th day of December, 2009.

                                                    __*/s/ Deron R. Dacus*_____
                                                    Deron R. Dacus