# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Beneficial Innovations, Inc. | § | |
| | § | CASE NO. 2:09-CV-175-TJW |
| v. | § | |
| | § | **Jury Trial Demanded** |
| Comcast Corporation | § | |
| The Dallas Morning News, Inc. | § | |
| Digg, Inc. | § | |
| Disney Online | § | |
| The Walt Disney Company | § | |
| eBaum's World, Inc. | § | |
| Facebook, inc. | § | |
| Google Inc. | § | |
| IAC Search & Media, Inc. | § | |
| Morris Communications Company, LLC | § | |
| NBC Universal, Inc. | § | |
| The New York Times Company | § | |
| YouTube, LLC | § | |

## DEFENDANT IAC SEARCH & MEDIA, INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant IAC Search & Media, Inc. files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones and the POTTER MINTON, P.C. law firm be permitted to withdraw herein as counsel of record for IAC Search & Media, Inc. in the above-captioned matter. IAC Search & Media, Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record. Plaintiff does not oppose this motion.

Dockets.Justia.com

Dated:  December 7, 2009

Respectfully submitted,

By:   */s/ Michael E. Jones*
      MICHAEL E. JONES
      State Bar No. 10929400
      POTTER MINTON
      A Professional Corporation
      110 N. College Ave., Suite 500
      Tyler, Texas  75702
      Phone: 903.597.8311
      Facsimile: 903.593.0846
      Email: mikejones@potterminton.com

***Attorneys for Defendant***
IAC Search & Media, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2009. Any other counsel of record will be served by First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*
MICHAEL E. JONES