# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Beneficial Innovations, Inc. | § | |
| | § | CASE NO. 2:09-CV-175-TJW |
| v. | § | |
| | § | **Jury Trial Demanded** |
| Comcast Corporation | § | |
| The Dallas Morning News, Inc. | § | |
| Digg, Inc. | § | |
| Disney Online | § | |
| The Walt Disney Company | § | |
| eBaum's World, Inc. | § | |
| Facebook, inc. | § | |
| Google Inc. | § | |
| IAC Search & Media, Inc. | § | |
| Morris Communications Company, LLC | § | |
| NBC Universal, Inc. | § | |
| The New York Times Company | § | |
| YouTube, LLC | § | |

## ORDER GRANTING DEFENDANT IAC SEARCH & MEDIA, INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant IAC Search & Media, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones and the POTTER MINTON, P.C. law firm be allowed to withdraw and are withdrawn as attorneys of record for Defendant IAC Search & Media, Inc. in the above referenced matter.