IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>               Defendants. | CASE NO. 2:09-CV-175-TJW<br><br>TRIAL BY JURY DEMANDED |

## ORDER GRANTING DEFENDANT THE WALT DISNEY COMPANY'S UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Defendant, The Walt Disney Company, filed an unopposed motion to be dismissed from this action without prejudice. Such motion is GRANTED.

It is therefore ORDERED that Defendant The Walt Disney Company be dismissed without prejudice from this action.

SIGNED this 7th day of December, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE