IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CAREERBUILDER, LLC., CNET NETWORKS, INC., DIGG, INC., GOOGLE, INC. EBAUM'S WORLD, INC., JABEZ NETWORKS, INC., THE NEW YORK TIMES CO., YAHOO!, INC. THE WEATHER CHANNEL INTERACTIVE, INC., MORRIS COMMUNICATION CO. LLC, YOU TUBE, LLC., COMCAST CORP., DISNEY ONLINE, FACEBOOK, INC., IAC SEARCH & MEDIA, INC., NBC UNIVERSAL, INC., THE DALLAS MORNING NEWS, INC., THE WALT DISNEY COMPANY <br><br> *Defendants* | CASE No. 2:09-cv-00175-TJW |

## APPLICATION TO APPEAR *PRO HAC VICE*

1. This application is being made for the following Case # 2:09cv175-TJW Style: Beneficial Innovations, Inc., v. Careerbuilder,LLC., CNET Networks, Inc., Digg, Inc., Google, Inc., Ebaum's World, Inc., Jabez Networks, Inc., The New York Times Co., Yahoo!, Inc. The Weather Channel Interactive, Inc., Morris Communication Co., LLC, You Tube, LLC., Comcast Corp., Disney Online, Facebook, Inc., IAC Search & Media, Inc., NBC Universal, Inc., The Dallas Morning News, Inc., The Walt Disney Company

2. Applicant is representing the following party: The New York Times Company.

3. Applicant was admitted to practice in the District of Columbia in 1999.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. There are no pending grievances or criminal matters pending against the applicant.

7. Applicant has been admitted to practice in the following courts: United States District Court for the Eastern District of Virginia, Court of Appeals for the Federal Circuit, United States Supreme Court and United States District Court for the District of Columbia.

8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys.

9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

10. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

11. I, Brian S. Rosenbloom, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 11/20/09    Signature: _____
Brian S. Rosenbloom
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Telephone No.: (202) 783-6040
Fax No.: (202) 783-6031

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 2009

U.S. District Court, Eastern District of Texas

By_____

Deputy Clerk

2

# Receipt for Payment

Receipt No: 2-1-0005069

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Tuesday, December 8, 2009**

Received from:

**MCKOOL SMITH**

**MARSHALL, TX**

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:09cv175 PHV Rosenbloom Oliver**

Comments: **ck 4482 Edwards 2:07cv263**

Received by: **pa**