2-1-5069

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2009 DEC -8 PM 1:20
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., | ) |
| *Plaintiff*, | ) |
| v. | ) CASE No. 2:09-cv-00175-TJW |
| CAREERBUILDER, LLC., CNET NETWORKS, INC., DIGG, INC., GOOGLE, INC. EBAUM'S WORLD, INC., JABEZ NETWORKS, INC., THE NEW YORK TIMES CO., YAHOO!, INC. THE WEATHER CHANNEL INTERACTIVE, INC., MORRIS COMMUNICATION CO. LLC, YOU TUBE, LLC., COMCAST CORP., DISNEY ONLINE, FACEBOOK, INC., IAC SEARCH & MEDIA, INC, NBC UNIVERSAL, INC., THE DALLAS MORNING NEWS, INC., THE WALT DISNEY COMPANY | ) |
| *Defendants* | ) |

## APPLICATION TO APPEAR *PRO HAC VICE*

1. This application is being made for the following Case # 2:09cv175-TJW Style: Beneficial Innovations, Inc., v. Careerbuilder, LLC., CNET Networks, Inc., Digg, Inc., Google, Inc., Ebaum's World, Inc., Jabez Networks, Inc., The New York Times Co., Inc., Yahoo!, Inc. The Weather Channel Interactive, Inc., Morris Communication Co., LLC, You Tube, LLC., Comcast Corp., Disney Online, Facebook, Inc., IAC Search & Media, Inc., NBC Universal, Inc., The Dallas Morning News, Inc., The Walt Disney Company.

2. Applicant is representing the following party: The New York Times Company, Inc.

3. Applicant was admitted to practice in Maryland on December 12, 2006 and the District of Columbia on August 6, 2007

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has not had an application for admission to practice before another court denied.

7. There are no pending grievances or criminal matters pending against the applicant.

8. Applicant has been admitted to practice in the following courts: Court of Appeals for the Federal Circuit, United States District Court for the District of Columbia and United States District Court for the District of Maryland.

9. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys.

10. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

11. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

12. I, Oliver Edwards, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 11-20-2009     Signature: _Oliver Edwards_
Oliver Edwards
Rothwell, Figg, Ernst & Manbeck
1425 K Street NW
Suite 800
Washington, D.C. 20005
Telephone No.: (202) 783-6040
Fax No.: (202) 783-6031
e-mail: oedwards@rfem.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _ day of _____, 2009.

U.S. District Court, Eastern District of Texas

By_____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0005069

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Tuesday, December 8, 2009**

Received from:

**MCKOOL SMITH**

**MARSHALL, TX**

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| Total | $75.00 |

Payment method: **Check**

Case or other reference: **2:09cv175  PHV Rosenbloom Oliver**

Comments: **ck 4482  Edwards 2:07cv263**

Received by: **pa**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |