IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 2:09-CV-175-TJW <br><br> TRIAL BY JURY DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, M. Dru Montgomery, of The Heartfield Law Firm, is entering an appearance in this matter for Defendants, Disney Online, IAC Search & Media, Inc. and NBC Universal, Inc. for the purpose of receiving notices and orders from the Court.

DATED December 9, 2009    Respectfully submitted,

By:   /s/ M. Dru Montgomery
   J. Thad Heartfield
   Texas Bar No. 09346800
   E-mail: thad@jth-law.com
   M. Dru Montgomery
   Texas Bar No. 24010800
   E-mail: dru@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

COUNSEL FOR DEFENDANTS,
DISNEY ONLINE, IAC SEARCH &
MEDIA, INC. and NBC UNIVERSAL,
INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of December, 2009. Any other counsel of record will be served by first class mail.

/s/ M. Dru Montgomery
M. Dru Montgomery