IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>  Defendants. | C.A. NO. 2:09-CV-175-TJW |

## DEFENDANT DISNEY ONLINE'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Disney Online hereby states that Disney Online is a wholly owned subsidiary of ABC Enterprises, Inc. ABC Enterprises, Inc. is a wholly owned subsidiary of Disney Enterprises, Inc., which is a wholly owned subsidiary of The Walt Disney Company. No other publicly owned company owns more than 10% of Disney Online's stock, directly or indirectly.

DATE: December 9, 2009                    Respectfully submitted,

By /s/ J. Thad Heartfield
   J. Thad Heartfield
   Texas Bar No. 09346800
   THE HEARTFIELD LAW FIRM
   2195 Dowlen Road
   Beaumont, Texas 77706
   Phone: (409) 866-3318
   Fax: (409) 866-5789
   E-mail: thad@jth-law.com

   *Attorneys for Defendant Disney Online*

*Of Counsel*:

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

Charles K. Verhoeven
Jennifer A. Kash
Alison E. Monahan
Howard Chen
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Tigran Vardanian
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of December, 2009. Any other counsel of record will be served by first class mail.

/s/ J. Thad Heartfield
J. Thad Heartfield