IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM's WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> Defendants. | C.A. NO. 2:09-CV-175-TJW |

## DEFENDANT IAC SEARCH & MEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant IAC Search & Media, Inc. ("IACSAM") hereby states that IACSAM is a wholly owned subsidiary of IAC/InterActiveCorp, a publicly held corporation, which itself has no parent corporation. The only public held corporation that owns more than 10% of IAC/InterActiveCorp's stock is Liberty Media Corporation.

DATE: December 9, 2009                    Respectfully submitted,

                                          By /s/ J. Thad Heartfield
                                          J. Thad Heartfield
                                          Texas Bar No. 09346800
                                          THE HEARTFIELD LAW FIRM
                                          2195 Dowlen Road
                                          Beaumont, Texas 77706
                                          Phone: (409) 866-3318
                                          Fax: (409) 866-5789
                                          E-mail: thad@jth-law.com

                                          *Attorneys for Defendant IAC Search & Media, Inc.*

*Of Counsel*:

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

Charles K. Verhoeven
Jennifer A. Kash
Alison E. Monahan
Howard Chen
50 California Street, 22nd Floor
San Francisco, California  94111
(415) 875-6600

Tigran Vardanian
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

# CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of December, 2009. Any other counsel of record will be served by first class mail.

/s/ J. Thad Heartfield
J. Thad Heartfield