2:1-5087

**Appendix K**              Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2009 DEC 14 AM 11: 10
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:09-cv-175-TJW__
Style: Beneficial Innovations, Inc. v. Careerbuilder, LLC, et al.
2. Applicant is representing the following party/ies: Disney Online, IAC Search & Media, Inc., NBC Universal, Inc.
3. Applicant was admitted to practice in __Illinois__ (state) on __May 4, 2006__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Illinois Supreme Court; United States District Court, Northern District of Illinois
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Tigran Vardanian__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/10/09__      Signature __Tigran Vardanian__

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Tigran Vardanian
State Bar Number   Illinois Bar No. 6288672
Firm Name:   Quinn Emanuel Urquhart Oliver & Hedges, LLP
Address/P.O. Box:   51 Madison Avenue, 22nd Floor
City/State/Zip:   New York, New York 10010
Telephone #:   (212) 849-7000
Fax #:   (212) 849-7100
E-mail Address:   tigranvardanian@quinnemanuel.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____ 12-14-09 _____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0005087

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Monday, December 14, 2009**

Received from:

**HEARTFIELD LAW FIRM**
**BEAUMONT, TX**

| Account | Amount |
|---|---|
| 6855XX | $125.00 |
| **Total** | **$125.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**
Case or other reference: **2:09cv175 PHV Vardanian**
Comments: **ck 1793 Verhoeven Monahan Kash Chen**

Received by: **pa**