2-1-50 87

**Appendix K**

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>MARSHALL</u> DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT

2009 DEC 14 AM 11: 10

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:09-cv-175-TJW__ Y
Style: Beneficial Innovations, Inc. v. Careerbuilder, LLC, et al.
2. Applicant is representing the following party/ies: Disney Online, IAC Search & Media, Inc., NBC Universal, Inc.
3. Applicant was admitted to practice in ___CA___ (state) on __January 9, 2009__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/~~has not~~ ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.
8. Applicant has/~~has not~~ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Northern District of California; U.S. District Court for the District of Massachusetts
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _____ Alison E Monahan _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12-9-09__     Signature __Alison Monahan__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) ___Alison E. Monahan___
State Bar Number ___CA Bar No. 261991___
Firm Name: ___Quinn Emanuel Urquhart Oliver & Hedges, LLP___
Address/P.O. Box: ___50 California Street, 22nd Floor___
City/State/Zip: ___San Francisco, CA 94111___
Telephone #: ___(415) 875-6600___
Fax #: ___(415) 875-6700___
E-mail Address: ___alisonmonahan@quinnemanuel.com___
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: ___12-14-09___

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0005087

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Monday, December 14, 2009

Received from:

**HEARTFIELD LAW FIRM**
**BEAUMONT, TX**

| Account | Amount |
|---|---|
| 6855XX | $125.00 |
| Total | $125.00 |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 2:09cv175 PHV Vardanian

Comments: ck 1793 Verhoeven Monahan Kash Chen

Received by: pa