# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., | Case No. 2:09-cv-175 (TJW) |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company; | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney David J. Silbert enters his appearance in this matter as additional counsel for defendant COMCAST CORPORATION for the purpose of receiving notices from the Court.

Dated:  December 15, 2009	Respectfully submitted,


By: */s/ David J. Silbert*_____
David J. Silbert
California State Bar No. #173128
KEKER & VAN NEST, L.L.P.
710 Sansome Street
San Francisco, CA  94111-1704
Tel:	415/391-5400
Fax:	415/397-7188
Email:	dsilbert@kvn.com

**Attorneys for Defendant
COMCAST CORPORATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on December 15, 2009.

> */s/David J. Silbert* _____
> David J. Silbert