## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company, <br><br> *Defendants*. | CASE No. 2:09-cv-00175-TJW |

### DEFENDANT THE NEW YORK TIMES COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant The New York Times Company (the "Times") discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 16, 2009                Respectfully submitted,


                                        /s/  Brian Rosenbloom
                                        Steven Lieberman
                                        Brian Rosenbloom
                                        Oliver Edwards
                                        Rothwell, Figg, Ernst & Manbeck
                                        1425 K Street, N.W., Suite 800
                                        Washington, D.C. 20005
                                        Tel: (202) 783-6040
                                        Fax: (202) 783-6031

                                        Samuel Franklin Baxter, Esq.
                                        McKool Smith
                                        104 East Houston Street
                                        Suite 300
                                        Marshall, TX  75670
                                        Tel: (903) 923-9000
                                        Fax: (903) 923-9099

                                        Ada Elene Brown
                                        McKool Smith
                                        300 Crescent Court
                                        Suite 1500
                                        Dallas , TX 75201
                                        Tel: (214) 978-4210
                                        Fax: (214) 978-4044

                                        *Attorneys for Defendant, The New York Times Company*


## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served this 16th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date:


                        /s/  Brian Rosenbloom
                        Brian Rosenbloom