UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:09-CV-175-TJW |
| v. | § | |
| | § | Judge T. John Ward |
| COMCAST CORPORATION, ET AL., | § | |
| Defendants. | § | Jury Trial Demanded |
| | § | |
| | § | |

**DEFENDANT THE DALLAS MORNING NEWS, INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendant The Dallas Morning News, Inc. files this Unopposed Motion to Withdraw Counsel and respectfully requests that V. Bryan Medlock be permitted to withdraw herein as counsel of record for The Dallas Morning News, Inc. in the above-captioned matter. The Dallas Morning News, Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said Defendant's counsel of record. Plaintiff does not oppose this motion.

| Dated: December 17, 2009 | */s/ Steve Malin* |
|---|---|
| | **STEVE MALIN** |
| | Lead Attorney |
| | Texas Bar No. 12859750 |
| | Email: smalin@sidley.com |
| | **DAVID FOLEY** |
| | Texas State Bar No. 24059763 |
| | Email: dfoley@sidley.com |
| | **SIDLEY AUSTIN LLP** |
| | 717 N. Harwood, Suite 3400 |
| | Dallas, Texas 75201 |
| | Tel: (214) 981-3300 |
| | Fax: (214) 981-3400 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **THE DALLAS MORNING NEWS, INC.** |

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Steve Malin*