**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BENEFICIAL INNOVATIONS, INC., § | | |
| Plaintiff, § | | |
| § | Civil Action No. 2:09-CV-175-TJW | |
| v. § | | |
| § | Judge T. John Ward | |
| COMCAST CORPORATION, ET AL., § | | |
| Defendants. § | Jury Trial Demanded | |
| § | | |
| § | | |

# ORDER GRANTING DEFENDANT THE DALLAS MORNING NEWS, INC.'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day came on to be considered the unopposed Motion to Withdraw Counsel of Defendant The Dallas Morning News, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE ORDERED that V. Bryan Medlock be allowed to withdraw and is withdrawn as attorney of record for Defendant The Dallas Morning News, Inc. in the above referenced matter.

SIGNED this 18th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE