Beneficial Innovations, Inc. v. Careerbuilder, LLC et al                                                                   Doc. 106

2-1-5150

**Appendix K**  Revised: 1/24/07

FILED-CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2010 JAN 21 AM 11:25

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:09-CV-175-TJW__  BY_____
Style: __Beneficial Innovations, Inc. v. Comcast Corporation, et al.__
2. Applicant is representing the following party/ies: __Google Inc. and YouTube, LLC__
3. Applicant was admitted to practice in __New York__ (state) on __9/25/2001__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: __New York Court of Appeals;__
__Southern District of New York; District of Columbia Court of Appeals__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Kate Hutchins__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __1/14/10__    Signature __Kate Hutchins__

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Kate Hutchins
State Bar Number 3991213
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address/P.O. Box: 399 Park Avenue
City/State/Zip: New York, NY 10022
Telephone #: 212-230-8800
Fax #: 212-230-8888
E-mail Address: kate.hutchins@wilmerhale.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above This application has been approved for the court on: 1-21-10

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0005150

## United States District Court

for the
Eastern District of Texas at Marshall

Date: **Thursday, January 21, 2010**

Received from:

**GILLAM SMITH**

**MARSHALL, TX**

| Account | Amount |
|---------|--------|
| 6855XX  | $100.00 |
|         |         |
| Total   | $100.00 |

| Account | Description |
|---------|-------------|
| 085000 – | Attorney Admission Fees |
| 086400 – | New Case Fee |
| 086900 – | Filing Fees |
| 121000 – | Conscience Fund |
| 129900 – | Gifts |
| 143500 – | Interest |
| 322340 – | Sale of Publications |
| 322350 – | Copy Fees |
| 322360 – | Miscellaneous Fees |
| 322380 – | Recoveries of Court Costs |
| 322386 – | Cost of Prosecution |
| 504100 – | Crime Victims Fund |
| 508800 – | Immigration Fees |
| 510000 – | Civil Filing Fee (1/2) |
| 5100PL – | Partial Filing Fee (PLRA) |
| 510100 – | Registry Fee |
| 604700 – | Registry Funds/General and Special Funds |
| 613300 – | Unclaimed Monies |
| 6855XX – | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:09cv175 PHV Matuschak Maier**

Comments: **ck 4086 Hutchins Watson**

Received by: **pa**