IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY, a Delaware corporation; EBAUM¢S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:09-CV-175-TJW |

### DEFENDANT NBC UNIVERSAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBC Universal, Inc. hereby states, by and through its undersigned counsel, that it is owned (through intermediate entities) by General Electric Company and Vivendi Universal, S.A., both of which are publicly held corporations. No other publicly held company owns more than 10% of the stock of NBC Universal, Inc.

| | |
|---|---|
| DATE:  January 27, 2010 | By /s/ J. Thad Heartfield<br>J. Thad Heartfield<br>Texas Bar No. 09346800<br>THE HEARTFIELD LAW FIRM<br>2195 Dowlen Road<br>Beaumont, Texas 77706<br>Phone: (409) 866-3318<br>Fax: (409) 866-5789<br>E-mail: thad@jth-law.com<br><br>*Attorneys for Defendant NBC Universal, Inc.* |

*Of Counsel*:

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

Charles K. Verhoeven
Jennifer A. Kash
Alison E. Monahan
Howard Chen
50 California Street, 22nd Floor
San Francisco, California  94111
(415) 875-6600

Tigran Vardanian
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

## CERTIFICATE OF SERVICE

  The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of January, 2010. Any other counsel of record will be served by first class mail.


            /s/ J. Thad Heartfield
            J. Thad Heartfield