IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Delaware corporation; THE DALLAS MORNING NEWS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; DISNEY ONLINE, a California corporation; THE WALT DISNEY COMPANY; a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; FACEBOOK, INC., a Delaware corporation; GOOGLE INC., a Delaware corporation; IAC SEARCH & MEDIA, INC., a Delaware corporation; MORRIS COMMUNICATIONS COMPANY, LLC, a Georgia limited liability company; NBC UNIVERSAL, INC., a Delaware corporation; THE NEW YORK TIMES COMPANY, a New York corporation; and YOUTUBE, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:09-CV-175-TJW |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants, Disney Online, IAC Search & Media, Inc., and NBC Universal, Inc. (collectively "The Defendants") respectfully request that Alison E. Monahan be permitted to withdraw as counsel of record for The Defendants in this matter. The reason for this request is that Ms. Monahan is no longer associated with the law firm Quinn Emanuel Urquhart Oliver & Hedges LLP. No other changes are requested at this time regarding the other attorneys acting as The Defendants's counsel of record.

Finally, the Defendants request that electronic notices of e-filings no longer be sent to: alisonmonahan@quinnemanuel.com.

                                                THE HEARTFIELD LAW FIRM

DATE: February 3, 2010            By /s/ J. Thad Heartfield

                                                J. Thad Heartfield
                                               Texas Bar No. 09346800
                                               2195 Dowlen Road
                                               Beaumont, Texas 77706
                                               Phone: (409) 866-3318
                                               Fax: (409) 866-5789

*Of Counsel*:                                  E-mail: thad@jth-law.com

QUINN EMANUEL URQUHART      *Attorneys for Defendants Disney Online,*
OLIVER & HEDGES, LLP               *IAC Search & Media, Inc., and NBC*
                                               *Universal, Inc.*
Charles K. Verhoeven
Jennifer A. Kash
Howard Chen
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Tigran Vardanian
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

**CERTIFICATE OF SERVICE**

      The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 3rd day of February, 2010. Any other counsel of record will be served by first class mail.

                                                        <u>/s/ J. Thad Heartfield</u>
                                                        J. Thad Heartfield