IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CORPORATION ET AL., <br><br> Defendants. | CASE NO. 2:09-cv-175 (TJW) <br><br> **Jury Trial Demanded** |

## JOINT MOTION TO DISMISS

NOW COMES the Plaintiff Beneficial Innovations, Inc. and Defendant The Dallas Morning News, Inc. ("TDMN") and respectfully move the Court to dismiss the claims between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between Beneficial Innovations, Inc. and TDMN in this suit have been settled and compromised, and these parties therefore jointly move to dismiss all claims asserted between them, with prejudice to the right to pursue any such claims in the future except as provided in the parties' settlement agreement. These parties further move that all costs of court be assessed against the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that their claims against each other be dismissed with prejudice, with all costs of court being assessed against the party who incurred them.

Dated: February 19, 2010                    Respectfully submitted,


                                            By:    /s/ Julien A. Adams

                                                   S. Calvin Capshaw

1

              State Bar No. 03783900
              Elizabeth L. DeRieux
              State Bar No. 05770585
              Brown McCarroll, L.L.P.
              1127 Judson Road, Suite 220
              Longview, TX 75601
              Telephone: (903) 236-9800
              Facsimile: (903) 236-8787
              Email: capshaw@mailbmc.com
              Email: ederieux@mailbmc.com

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
Julien Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069

              ATTORNEYS FOR PLAINTIFF,
              BENEFICIAL INNOVATIONS, INC.


    By: /s/ Steven Malin
       Sidley Austin Brown & Wood
       717 North Harwood
       Suite 3400
       Dallas, Tx 75201
       214-981-3386

       ATTORNEYS FOR DEFENDANT
       THE DALLAS MORNING NEWS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of February, 2010 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Julien A. Adams
Julien A. Adams