IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST CORPORATION ET AL., <br><br> Defendants. | CASE NO. 2:09-cv-175 (TJW) <br><br> **Jury Trial Demanded** |

## ORDER OF DISMISSAL WITH PREDJUDICE

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff Beneficial Innovations, Inc. and Defendant The Dallas Morning News, Inc. to dismiss with prejudice all claims asserted by either party against each other in this suit, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Beneficial Innovations, Inc. against Defendant The Dallas Morning News, Inc. are hereby dismissed with prejudice to the right of these parties to assert in the future any such claims except as provided by the parties' settlement agreement.

It is further ORDERED that all costs are assessed against the party who incurred them.

SIGNED this 22nd day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1